JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EP FAMILY CORP., a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE KICK, INC., a Colorado Corporation<br><br>Defendant. | Case No. 2:24-cv-00667 AB (PVC)<br><br>[~~PROPOSED~~] **ORDER**<br><br>Complaint filed: January 24, 2024<br>Hon. Andre Birotte Jr. |

Based on the stipulation of the parties:

This action in its entirety is **DISMISSED** without prejudice.

**IT SO ORDERED.**

Dated: May 28, 2025

_____
Judge André Birotte Jr.
U.S. District Court Judge

1